■ IRINA PELTSMAN, Appellant, v KEVIN GALLAGHER, Respondent. [768 NYS2d 347]—In an action to recover damages for personal injuries, the plaintiff appeals, as limited by her brief, from so much of an order of the Supreme Court, Kings County (Cammer, J.), dated July 23, 2002, as granted the defendant's cross motion for summary judgment dismissing the complaint on the ground that she did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed insofar as appealed from, with costs.

The defendant made a prima facie showing that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject motor vehicle accident (*see Toure v Avis Rent A Car Sys.,* 98 NY2d 345 [2002]; *Gaddy v Eyler,* 79 NY2d 955 [1992]). The affirmations of the plaintiff's physicians submitted in opposition were insufficient to raise a triable issue of fact. Ritter, J.P., Smith, Friedmann, H. Miller and Crane, JJ., concur.